*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Jonathan C Eldredge and Erin R Eldredge
    Debtor(s)

Case No: 18–10887–elf

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Certification of Default of Filed by REBECCA ANN SOLARZ on behalf of PHFA (related document(s)78, 77)

    on: 1/12/21

    at: 09:30 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  12/31/20

Timothy B. McGrath
Clerk of Court

90 – 87
Form 167