United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 18-10887-elf

Jonathan C Eldredge                                                                         Chapter 13

Erin R Eldredge

     Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 31, 2020 | Form ID: 167 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Jonathan C Eldredge, Erin R Eldredge, 1120 Skelp Road, Downingtown, PA 19335 |
| cr | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | + Meridian Bank, 92 Lancaster Avenue, Devon, PA 19333-1378 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: blegal@phfa.org | Jan 01 2021 06:33:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| cr | + Email/PDF: gecsedi@recoverycorp.com | Jan 01 2021 06:15:20 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2021                    Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2020 at the address(es) listed**

District/off: 0313-2                          User: Adminstra                              Page 2 of 2

Date Rcvd: Dec 31, 2020                       Form ID: 167                                 Total Noticed: 5

**below:**

| Name | Email Address |
|---|---|
| JADA S. GREENHOWE | on behalf of Creditor PHFA jgreenhowe@phfa.org |
| JAMI B. NIMEROFF | on behalf of Creditor Meridian Bank jnimeroff@bmnlawyers.com  cjones@bmnlawyers.com |
| JOSEPH F. CLAFFY | on behalf of Plaintiff Jonathan C Eldredge claffylaw@gmail.com  claffylaw@aol.com;claffylawecf@gmail.com |
| JOSEPH F. CLAFFY | on behalf of Joint Debtor Erin R Eldredge claffylaw@gmail.com  claffylaw@aol.com;claffylawecf@gmail.com |
| JOSEPH F. CLAFFY | on behalf of Debtor Jonathan C Eldredge claffylaw@gmail.com  claffylaw@aol.com;claffylawecf@gmail.com |
| JOSEPH F. CLAFFY | on behalf of Plaintiff Erin R Eldredge claffylaw@gmail.com  claffylaw@aol.com;claffylawecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PHFA bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |
| SCOTT M. KLEIN | on behalf of Creditor Meridian Bank sklein@bmnlawyers.com  kpower@bmnlawyers.com;keckman@bmnlawyers.com |
| SIGMUND J. FLECK | on behalf of Creditor Meridian Bank sfleck@bmnlawyers.com  kpower@bmnlawyers.com;keckman@bmnlawyers.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor Bank Of America  N.A. paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Jonathan C Eldredge and Erin
R Eldredge
       Debtor(s)

Case No: 18−10887−elf
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Eric L. Frank , United States Bankruptcy Judge to consider:

Certification of Default of Filed by REBECCA ANN SOLARZ on
behalf of PHFA (related document(s)78, 77)

on: 1/12/21

at: 09:30 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA
19107

For The Court

Date:  12/31/20

Timothy B. McGrath
Clerk of Court