# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jonathan C Eldredge<br>          Erin R Eldredge<br>                    Debtor(s) | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY,<br>its successors and/or assigns<br>                    Movant<br>          vs.<br>Jonathan C Eldredge<br>Erin R Eldredge<br>                    Debtor(s)<br>William C. Miller Esq.<br>                    Trustee | NO. 18-10887 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Certification of Default of PENNSYLVANIA HOUSING FINANCE AGENCY, which was filed with the Court on or about **December 21, 2020 (Document 87)**.

          Respectfully submitted,

          **/s/ Rebecca A. Solarz, Esq.**
          Rebecca A. Solarz, Esquire
          KML Law Group, P.C.
          BNY Mellon Independence Center
          701 Market Street, Suite 5000
          Philadelphia, PA  19106

February 5, 2021