United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10887-elf |
| Jonathan C Eldredge | Chapter 13 |
| Erin R Eldredge | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 20, 2022 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| 14092617 | BANK OF AMERICA, N.A., Bank of America, PO BOX 31785, Tampa FL 33631-3785 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 22, 2022          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JADA S. GREENHOWE | on behalf of Creditor PHFA jgreenhowe@phfa.org |
| JAMI B. NIMEROFF | on behalf of Creditor Meridian Bank jnimeroff@bmnlawyers.com cjones@bmnlawyers.com |
| JOSEPH F. CLAFFY | on behalf of Debtor Jonathan C Eldredge claffylaw@gmail.com claffylaw@aol.com;claffylawecf@gmail.com |
| JOSEPH F. CLAFFY | on behalf of Plaintiff Erin R Eldredge claffylaw@gmail.com claffylaw@aol.com;claffylawecf@gmail.com |
| JOSEPH F. CLAFFY | on behalf of Plaintiff Jonathan C Eldredge claffylaw@gmail.com claffylaw@aol.com;claffylawecf@gmail.com |
| JOSEPH F. CLAFFY | on behalf of Joint Debtor Erin R Eldredge claffylaw@gmail.com claffylaw@aol.com;claffylawecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 20, 2022 | Form ID: trc | Total Noticed: 1

LILY CHRISTINA CALKINS
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper lcalkins@logs.com

REBECCA ANN SOLARZ
    on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor PHFA bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

SCOTT M. KLEIN
    on behalf of Creditor Meridian Bank sklein@bmnlawyers.com kpower@bmnlawyers.com;keckman@bmnlawyers.com

SIGMUND J. FLECK
    on behalf of Creditor Meridian Bank sfleck@bmnlawyers.com kpower@bmnlawyers.com;keckman@bmnlawyers.com

THOMAS SONG
    on behalf of Creditor Bank Of America N.A. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-10887-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Jonathan C Eldredge<br>1120 Skelp Road<br>Downingtown PA 19335 | Erin R Eldredge<br>1120 Skelp Road<br>Downingtown PA 19335 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/19/2022.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: BANK OF AMERICA, N.A., Bank of America, PO BOX 31785, Tampa FL 33631-3785 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>P.O. Box 619096<br>Dallas, TX 75261 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/22/22

Tim McGrath
**CLERK OF THE COURT**