Certificate Number: 03621-PAE-DE-037234089

Bankruptcy Case Number: 18-10887



03621-PAE-DE-037234089

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 5, 2023</u>, at <u>10:16</u> o'clock <u>AM EST</u>, <u>Jonthan C Eldredge</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>March 6, 2023</u>            By:    <u>/s/Lashonda Collins</u>

                                       Name:  <u>Lashonda Collins</u>

                                       Title: <u>Credit Counselor</u>