**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Jonathan C Eldredge and Erin R Eldredge, | : | Bankruptcy No. 18-10887-mdc |
| Debtors, | : | Chapter 13 |
| | : | |
| Nationstar Mortgage LLC, | : | |
| Secured Creditor, | : | |
| | : | |
| Jonathan C Eldredge and Erin R Eldredge, | : | |
| Debtors / Respondents | : | |
| | : | |
| and | : | |
| KENNETH E. WEST, | : | |
| Trustee/Respondent. | : | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

Please take notice that the undersigned hereby enters his/her appearance as counsel for Creditor, Nationstar Mortgage LLC, in the above proceeding and, pursuant to Bankruptcy Rule 2002 and Local Bankruptcy Rule 9010.1, requests that his/her name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

> Roger Fay, Esquire
> Milstead & Associates, LLC
> 14000 Commerce Parkway, Suite H
> Mount Laurel, NJ 08054
> (856) 724-1888

Please take further notice that the foregoing request includes the notices referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

DATED: April 19, 2023    MILSTEAD & ASSOCIATES, LLC

<u>BY:  /s/ Roger Fay, Esq., ID No. 315987</u>
14000 Commerce Parkway, Suite H
Mount Laurel, NJ 08054
rfay@milsteadlaw.com

231699-1