United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10887-mdc |
| Jonathan C Eldredge | Chapter 13 |
| Erin R Eldredge | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 17, 2023 | Form ID: 138OBJ | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Jonathan C Eldredge, Erin R Eldredge, 1120 Skelp Road, Downingtown, PA 19335 |
| 14053378 | | Bank of America N.A., c/o Thomas Song, Esquire, 1617 JFK Blvd, Suite 1400, One Penn Center Plaza, Phila., PA 19103 |
| 14570515 | + | Bank of America, N.A., C/O Rebecca Solarz, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14093998 | + | Malvern Bank, National Association, 2100 Quaker Point Drive, Quakertown, PA 18951-2182 |
| 14208151 | + | Malvern Federal, 100 West King Street, Malvern, PA 19355-2412 |
| 14104544 | + | Meridian Bank, c/o SIGMUND J. FLECK, Brown McGarry Nimeroff LLC, 158 W. Gay Street, Suite 200, West Chester, PA 19380-2907 |
| 14245802 | + | Meridian Bank, c/o JAMI B. NIMEROFF, Two Penn Center, Suite 610, 1500 John F Kennedy Boulevard, Philadelphia, PA 19102-1710 |
| 14164960 | + | Meridian Bank, c/o Brown McGarry Nimeroff LLC, 158 W. Gay Street, Suite 200, West Chester, PA 19380-2907 |
| 14104545 | + | Meridian Bank, c/o SCOTT M. KLEIN, Brown McGarry Nimeroff, 158 W. Gay Street, Suite 200, West Chester, PA 19380-2907 |
| 14164959 | + | Scott M Klein, Brown McGarry Nimeroff LLC, 158 W. Gay Street, Suite 200, West Chester, PA 19380-2907 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 17 2023 23:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2023 23:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14092617 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 17 2023 23:55:00 | BANK OF AMERICA, N.A., Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 14208152 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 17 2023 23:55:00 | Bank of America Home Loans, 450 American Street, Simi Valley, CA 93065-6285 |
| 14093465 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 17 2023 23:56:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14053379 | + | Email/Text: bankruptcycollections@citadelbanking.com | Apr 17 2023 23:56:00 | Citadel FCU, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14092379 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2023 00:00:36 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14662785 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 17 2023 23:56:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14053381 | + | Email/Text: blegal@phfa.org | Apr 17 2023 23:56:00 | PA Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14054571 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 18 2023 00:00:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14085201 | | Email/Text: bnc-quantum@quantum3group.com | Apr 17 2023 23:56:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 17, 2023 | Form ID: 138OBJ | Total Noticed: 21 |

98083-0788

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14053380 | | Malvern Federal |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 19, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PHFA bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| JADA S. GREENHOWE | on behalf of Creditor PHFA jgreenhowe@phfa.org |
| JAMI B. NIMEROFF | on behalf of Creditor Meridian Bank jnimeroff@bmnlawyers.com  cjones@bmnlawyers.com |
| JOSEPH F. CLAFFY | on behalf of Plaintiff Jonathan C Eldredge claffylaw@outlook.com  claffylaw@aol.com;JClaffyPennsylvania1@jubileebk.net |
| JOSEPH F. CLAFFY | on behalf of Plaintiff Erin R Eldredge claffylaw@outlook.com  claffylaw@aol.com;JClaffyPennsylvania1@jubileebk.net |
| JOSEPH F. CLAFFY | on behalf of Joint Debtor Erin R Eldredge claffylaw@outlook.com  claffylaw@aol.com;JClaffyPennsylvania1@jubileebk.net |
| JOSEPH F. CLAFFY | on behalf of Debtor Jonathan C Eldredge claffylaw@outlook.com  claffylaw@aol.com;JClaffyPennsylvania1@jubileebk.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ldoyle@logs.com  cistewart@logs.com;LOGSECF@logs.com |
| SCOTT M. KLEIN | on behalf of Creditor Meridian Bank sklein@bmnlawyers.com  kpower@bmnlawyers.com;keckman@bmnlawyers.com |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Apr 17, 2023 | Form ID: 138OBJ | Total Noticed: 21

SIGMUND J. FLECK
    on behalf of Creditor Meridian Bank sfleck@bmnlawyers.com  kpower@bmnlawyers.com;keckman@bmnlawyers.com

THOMAS SONG
    on behalf of Creditor Bank Of America  N.A. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Jonathan C Eldredge and Erin R Eldredge

    Debtor(s)

Case No: 18−10887−mdc

Chapter: 13

---

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/17/23

109 − 108
Form 138OBJ